UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIT CHEURM WA, | ) | No. EDCV 15-1812 SVW (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| LYNCH, et al., | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 17, 2016

/s/ Stephen V. Wilson
STEPHEN V. WILSON
United States District Judge