UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TIT CHEURM WA,  ) No. CV 15-1812 SVW (FFM)
          Petitioner,  )
     v.  ) AMENDED JUDGMENT
LORETTA LYNCH, et al.,  )
          Respondents.  )

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice. The previous judgment dismissing the Petition *with* prejudice is hereby VACATED.

DATED: April 26, 2017

STEPHEN V. WILSON
United States District Judge